# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) NO. CR 01-305-TUC-FRZ (JCG) |
| vs. | ) ORDER |
| Mario Alberto Lizarraga, | ) |
| Defendant(s). | ) |

On October 19, 2005, Magistrate Judge Jennifer C. Guerin conducted a hearing on a petition for revocation of supervised release.  The matter was taken under advisement pending a report and recommendation.  Pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court on October 21, 2005  Magistrate Judge Guerin issued her Report and Recommendation.  A copy was sent to all parties.  Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Petition for Revocation of Supervised Release (Doc No. 29) is DENIED.

**IT IS FURTHER ORDERED that Defendant be released from custody as of the date of this Order.**

DATED this 27th day of October, 2005.

FRANK R. ZAPATA
United States District Judge

**COPIES HAND DISTRIBUTED 10/27 TO**
**USM ( 2CC), ALL OTHER COPIES SHALL BE ELECTRONICALLY MAILED**